## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **OLGA PSYCHALI and**<br>**CHRYSOULA PSYCHALI,**<br><br>  *Plaintiffs,*<br><br>v.<br><br>**THE UNITED STATES,**<br><br>  *Defendant* | Case No. **26-791 T** _____<br><br><br>**COMPLAINT (Redacted)** |

**COMPLAINT (Redacted))**

Plaintiffs Olga Psychali and Chrysoula Psychali, through undersigned counsel, bring this action against the United States of America to recover $525,312 of federal income tax withheld at source on the 2023 sale of securities held in their joint brokerage account, plus statutory interest, and state as follows:

### I. NATURE OF THE ACTION

1. In May 2024, Chrysoula Psychali and Olga Psychali — sisters, citizens and residents of Greece — each filed a Form 1040-NR claiming a refund of their 50% share of U.S. federal income tax withheld from a single transaction in their joint Citibank brokerage account: the December 6, 2023 sale of 91,200 shares of Abcam ADRs for $2,188,800 in gross proceeds, against which Citibank, N.A., withheld $525,312 and remitted it to the Service.

2.  Neither sister owed any U.S. tax on the sale because the transaction was foreign-source under 26 U.S.C. § 865(a)(2). Neither has ever lived in or done business in the United States and neither sister had a U.S. trade or business. Their U.S. tax liability for 2023 was zero.

3.  Each return was filed by paper with a Form W-7 ITIN application. Each return included Form 1099-B showing the withholding tax and certified copies of their passports to establish their identities and foreign status. The Service accepted the applications and assigned ITINs. The Service then sent letters asking for documentation of the withholding and proof of identity. The sisters sent another copy of the Form 1099-B, the brokerage statement and copies of their passports. They sent the forms again. They responded to identity-verification requests by international private delivery service. They uploaded documents through the Service's own portal.

4.  In November 2025, the Service disallowed Chrysoula Psychali's claim by Letter 105C, citing an inability to verify the withholding. She filed a timely formal protest by DHL. The Service did not respond.

5.  In January 2026, the Service notified Olga Psychali by Letter 916C that it could not process her claim for the same reason. The Service did not disallow her claim, and has not communicated with her since.

6.  The withholding agent is Citibank, N.A.. The Form 1099-B is in the record. The sisters owe nothing. They bring this action to recover what was withheld from them.

## II. THE PARTIES

7. Plaintiff Olga Psychali is a citizen and resident of Greece and a non-resident individual within the meaning of 26 U.S.C. § 7701(b).

8. Plaintiff Chrysoula Psychali is a citizen and resident of Greece and a non-resident individual within the meaning of 26 U.S.C. § 7701(b).

9. Defendant is the United States of America. The Internal Revenue Service is an agency of the United States Department of the Treasury.

## III. RCFC 9(m) INFORMATION

10. **OLGA PSYCHALI**'s refund claim is attached as Exhibit A:

| | |
|---|---|
| **(A) The tax year(s) for which a refund is sought** | Tax year 2023. |
| **(B) The amount, date, and place of each payment to be refunded** | $262,656 (Plaintiff's 50% share of $525,312) withheld on December 6, 2023 by Citibank, N.A. and remitted to the Service (presumably through the Electronic Federal Tax Payment System). |
| **(C) The date and place the return was filed** | May 22, 2024 by DHL Worldwide to IRS, ITIN Operations, 3651 S. Interregional Hwy 35, Austin, Texas 78714-9342. |
| **(D) The name, address, and identification number of the taxpayer on the return** | Olga Psychali<br>██████ ██████████ Greece<br>ITIN [APPLIED] appeared on the return |
| **(E) The date and place the claim for refund was filed** | May 22, 2024 by DHL Worldwide to IRS, ITIN Operations, 3651 S. Interregional Hwy 35, Austin, Texas 78714-9342. |
| **(F) The identification number** | ITIN ████████ |

11. **CHRYSOULA PSYCHALI**'s refund claim is attached as Exhibit B:

| | |
|---|---|
| **(A) The tax year(s) for which a refund is sought** | Tax year 2023. |
| **(B) The amount, date, and place of each payment to be refunded** | $262,656, (50% share of $525,312) withheld at source on December 6, 2023 by Citibank, N.A.and remitted to the Service (presumably through the Electronic Federal Tax Payment System). |
| **(C) The date and place the return, if any, was filed** | May 23, 2024 by DHL Worldwide to Internal Revenue Service, ITIN Operations, 3651 S. Interregional Hwy 35, Austin, Texas 78714-9342. |
| **(D) The name, address, and identification number of the taxpayer on the return** | Chrysoula Psychali<br>███████  ███████   Greece.<br>ITIN [APPLIED] appeared on the return |
| **(E) The date and place the claim for refund was filed** | May 23, 2024 by DHL Worldwide to Internal Revenue Service, ITIN Operations,  3651 S. Interregional Hwy 35, Austin, Texas 78714-9342 |
| **(F) The identification number** | ITIN ███████ |

## IV. JURISDICTION , TIMELINESS AND VENUE

12. This Court has jurisdiction under 28 U.S.C. § 1491(a)(1) over civil actions against the United States for the recovery of internal revenue tax erroneously or illegally assessed or collected.

13. Each Plaintiff satisfied the administrative claim requirement of 26 U.S.C. § 7422(a) by filing Form 1040-NR for tax year 2023, which disclosed an overpayment on its face and constitutes a claim for refund under Treas. Reg. § 301.6402-3(a)(5).

14. The joinder of Plaintiffs in this action is proper under RCFC 20(a)(1). Their claims arise out of a single sale executed on December 6, 2023 in a single joint-tenant brokerage

account, reported on a single Form 1099-B, and resulting in a single $525,312 withholding remitted to the Service. The claims present the same questions of law and fact.

15. This action is timely as to Chrysoula Psychali. The Service issued Letter 105C disallowing her claim on November 3, 2025. The two-year period under 26 U.S.C. § 6532(a)(1) runs to November 3, 2027. This Complaint is filed within that period.

16. This action is timely as to Olga Psychali. She filed her refund claim on May 22, 2024; the Service confirmed in writing, in its January 28, 2026 Letter 916C, that it received the claim no later than June 22, 2024. More than six months have elapsed without a notice of disallowance, and Olga Psychali is entitled to bring suit under the six-month rule of § 6532(a)(1). Letter 916C is not a notice of claim disallowance: it states only that the Service "can't process [the] claim" because the Service "cannot verify the withholding", and invites the filing of "another claim". It does not start the two-year period running.

17. Venue is proper because the plaintiffs reside outside the United States.

## V. STATEMENT OF FACTS

18. Plaintiffs are sisters. Each is a citizen and resident of Greece. Neither was a U.S. citizen, U.S. lawful permanent resident, or substantial-presence U.S. resident at any time during 2023, and each was present in the United States for zero days during 2021, 2022, and 2023. Neither conducted any trade or business in the United States during 2023 or maintained any fixed place of business in the United States.

19. During 2023, Plaintiffs jointly owned brokerage account ▮▮▮▮▮▮▮ at Citibank, N.A., titled "OLGA PSYCHALI & CHRYSOULA PSYCHALI JT TEN." Each held a 50% interest in the account.

20. On December 6, 2023, the joint account sold 91,200 shares of Abcam plc Sponsored Level III American Depositary Receipts (CUSIP 000380204) at $24.00 per share, for gross proceeds of $2,188,800. Citibank, acting as the withholding agent, withheld $525,312 of federal income tax and remitted that amount to the Internal Revenue Service.

21. Citibank issued a single Form 1099-B for the sale in the names of both Plaintiffs as joint owners, reporting the $525,312 withholding.

22. On May 22, 2024, Olga Psychali filed Form 1040-NR for tax year 2023 by DHL to the Service's ITIN Operations center in Austin, Texas.

23. On May 23, 2024, Chrysoula Psychali filed her Form 1040-NR for tax year 2023 with the Service in the same manner to the same service center.

24. Each return reports the Plaintiff's 50% share of the gross proceeds on Schedule NEC at a 0% rate, a U.S. federal income tax liability of zero, a credit on line 25b for $262,656 of federal income tax withheld, and a refund claim of $262,656 on line 35a.

25. Each return disclosed the overpayment on its face and constitutes a claim for refund under Treas. Reg. § 301.6402-3(a)(5).

26. Both plaintiffs included with their ITIN applications a certified copy of their respective Greek passports, which the Service accepted as proof of their identity and foreign status.

27. The Service assigned an ITIN to Olga Psychali on July 17, 2024, and to Chrysoula Psychali on September 16, 2024.

28. Beginning in September 2024, the Service sent each Plaintiff a series of letters requesting documentation of the withholding and identity verification. Each Plaintiff responded to each request, providing another copy of Form 1099-B, the Citibank account statement, and copies of their passports, by fax, international courier, and the Service's Document Upload Tool, with confirmations of receipt.

29. By Letter 105C dated November 3, 2025, the Service disallowed Chrysoula Psychali's refund claim. The stated ground was that the Service was "unable to verify" the $262,656 withholding. On December 2, 2025, Chrysoula Psychali filed a formal protest of Letter 105C and requested an Appeals conference, transmitted by DHL Express Worldwide, waybill 6068744555, to the Service's Fresno, California center, as instructed by Letter 105C.

30. The Service did not respond.

31. By Letter 916C dated January 28, 2026, the Service notified Olga Psychali that it could not process her refund claim on the basis that it was unable to verify the withholding amount and the supporting documentation was incomplete.

32. The Service did not respond further.

33. To date, the Service has neither paid the refund to either Plaintiff, issued a notice of disallowance to Olga Psychali, nor scheduled an Appeals conference for Chrysoula Psychali.

34. Neither Plaintiff has any outstanding federal tax liability against which the overpayment may be credited under 26 U.S.C. § 6402.

### VI. CLAIM FOR RELIEF — REFUND OF OVERPAID TAX

35. Plaintiffs re-allege and incorporate paragraphs 1 through 34 by reference.

36. Olga Psychali's correct U.S. federal income tax liability for tax year 2023 was zero.

37. Chrysoula Psychali's correct U.S. federal income tax liability for tax year 2023 was zero.

38. The gain on the December 6, 2023 sale was sourced outside the United States under 26 U.S.C. § 865(a)(2) and was not subject to U.S. tax under 26 U.S.C. § 871(a) or (b).

39. Citibank, N.A., acting as withholding agent, withheld $525,312 from the proceeds of the December 6, 2023 sale and remitted that amount to the Internal Revenue Service.

40. Each Plaintiff is entitled, as a 50% joint owner of the account, to a credit under 26 U.S.C. § 31(a) for $262,656 -- her substantiated share of the withholding allocable to her interest in the account -- and to a corresponding refund of that amount under 26 U.S.C. §§ 6401 and 6402(a).

41. Chrysoula Psychali's refund claim was erroneously disallowed by Letter 105C dated November 3, 2025.

42. Olga Psychali's refund claim has been pending for more than six months without a notice of disallowance.

43. Each Plaintiff is entitled to a refund of $262,656 with statutory interest under 26 U.S.C. §§ 6611 and 6622.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against the United States and award:

A. To Plaintiff Chrysoula Psychali, a refund of $262,656 for tax year 2023;

B. To Plaintiff Olga Psychali, a refund of $262,656 for tax year 2023;

C. To each Plaintiff, statutory interest under 26 U.S.C. §§ 6611 and 6622 from the date of overpayment until paid;

D. Attorneys' fees and expenses as allowed by law, including under 26 U.S.C. § 7430; and

E. Such other and further relief as the Court deems just and proper.

Respectfully submitted this _____ day of May, 2026,

**Christine S. Dahl, Esq.**

*Counsel for Plaintiffs Chrysoula Psychali and Olga Psychali*
Hoge Nieuwstraat 18
Den Haag 2514 EL
The Netherlands
Telephone: +1 (727) 900-2412
Email: christine@dahltaxlaw.com

**INDEX OF EXHIBITS (Redacted)**

| Exhibit | Description |
| --- | --- |
| A | Form 1040-NR for tax year 2023, Olga Psychali (filed May 22, 2024). |
| B | Form 1040-NR for tax year 2023, Chrysoula Psychali (filed May 23, 2024). |
| C | Form 1099-B for tax year 2023 issued by Citibank, N.A. to OLGA PSYCHALI & CHRYSOULA PSYCHALI JT TEN, account ██████████ showing 91,200 shares @ $24.00, gross proceeds $2,188,800, and federal income tax withheld $525,312 (December 6, 2023). |
| D | IRS Letter 105C to Chrysoula Psychali, dated November 3, 2025 (Control No. 1481265010), disallowing her 2023 refund claim. |
| E | Chrysoula Psychali's protest of Letter 105C, dated December 2, 2025, DHL Express Worldwide waybill 6068744555. |
| F | IRS Letter 916C to Olga Psychali, dated January 28, 2026. |